AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 18 2013 ★
LONG ISLAND OFFICE

BWP Media USA Inc. d/b/a Pacific Coast News )
_Plaintiff(s)_ )
 )
v. ) Civil Action No.
 )
Blogstand Media LLC )
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

CV-13 5202

BIANCO, J.

LINDSAY, M.

To: _(Defendant's name and address)_
Blogstand Media LLC
96 Mobrey Lane
Smithtown, New York 11787

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SANDERS LAW PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: 18 SEP 2013

_Signature of Clerk or Deputy Clerk_

1